PROB 12B
(7/93)

Report Date: February 5, 2010

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 0 5 2010

JAMES R. LARSEN, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
#### (Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: John Ayers                    Case Number: 2:07CR00036-001

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea

Date of Original Sentence: 8/21/2008            Type of Supervision: Supervised Release

Original Offense: Possession of Child Pornography,     Date Supervision Commenced: 8/25/2009
18 U.S.C. § 2252A(a)(5)(B)

Original Sentence: Prison - 14 Months; TSR - 60     Date Supervision Expires: 8/24/2014
Months

---

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

Release the defendant from the Spokane Residential Reentry Center on February 5, 2010, rather than his
current release date of February 19, 2010.

### CAUSE

Pursuant to the probation Special Report submitted to the Court dated February 2, 2010, which outlines the cause
for this request.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     2-5-2010

s/Richard Law

Richard Law
U.S. Probation Officer

Prob 12B
**Re:  Ayers, John**
**February 5, 2010**
**Page 2**

THE COURT ORDERS

[  ]    No Action
[  ]    The Extension of Supervision as Noted Above
[X]    The Modification of Conditions as Noted Above
[  ]    Other

_____
Signature of Judicial Officer

2/5/08
_____
Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended.  By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel.  I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel.  I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

Release the defendant from the Spokane Residential Reentry Center on February 5, 2010, rather than his current release date of February 19, 2010.

Witness: _____  Signed: _____
Richard B. Law                                    John Ayers
U.S. Probation Officer                     Probationer or Supervised Releasee

February 5, 2010
Date